IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC. | : | CIVIL ACTION |
| v. | : | No. 17-1937 |
| RAHIM HENDERSON, et al. | : | |

**ORDER**

AND NOW, this 28th day of August, 2019, upon consideration of Plaintiff J & J Sports Productions, Inc.'s (J & J) Application for Default Judgment against Defendants Rahim Henderson and Atmosphere Bar & Lounge, LLC (Atmosphere), and following a hearing held on April 12, 2018, and for the reasons set forth in the accompanying Memorandum, it is ORDERED J & J's Application (Document 14) is GRANTED as follows:

- Judgment is entered in favor of J & J and against Henderson and Atmosphere.

- For its violation of 47 U.S.C. § 605(a), Atmosphere is liable to J & J for a total sum of $15,900 in statutory and enhanced damages under 47 U.S.C. § 605(e). This award is comprised of:

    o An award of $3,975 in statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II); and

    o An award of $11,925 in enhanced damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii).

- Henderson is jointly and severally liable for $3,000 of the $15,900 award. Atmosphere is severally liable for the remaining $12,900.

- J & J may submit its request for costs and reasonable attorneys' fees Pursuant to 47 U.S.C. § 605(e)(3)(B)(iii) on or before September 10, 2019. Failure to do so may result in J & J's waiver of those rights.

- The Clerk of Court shall mail a copy of this Order and the accompanying Memorandum to Defendants at the address listed on the docket and the following address:

  Rahim Henderson 72046-066
  FCI Butner Low
  Federal Correctional Institution
  P.O. Box 999
  Butner, N.C. 27509

- The Clerk is DIRECTED to mark this matter CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.