IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-1937 |
| | : | |
| RAHIM HENDERSON, et al. | : | |

**<u>ORDER</u>**

AND NOW, this 16th day of December, 2019, upon consideration of Plaintiff J & J Sports Productions, Inc.'s Motion to Alter or Amend Judgment, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 24) is DENIED. It is further ORDERED the Court's August 28, 2019, Order (Document 23) is VACATED. An amended judgment will be entered separately.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.